In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-277 CR


____________________



TIMOTHY RAY HALL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court 


Jefferson County, Texas


Trial Cause No. 07-01211






MEMORANDUM OPINION


 On May 28, 2008, the trial court sentenced Timothy Ray Hall on a conviction for
possession of a controlled substance. Hall filed a notice of appeal on June 4, 2008. The trial
court entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The district clerk has provided the trial court's certification to the Court of
Appeals.

 On June 19, 2008, we notified the parties that we would dismiss the appeal unless an
amended certification was filed within fifteen days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been supplemented
with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered July 30, 2008

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.